

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00031-CV

———————————————

IN THE INTEREST OF A.R. AND L.R., CHILDREN

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-522600-12

Before Sudderth, C.J.; Bassel and Womack, JJ.
Memorandum Opinion by Justice Bassel

**MEMORANDUM OPINION**

Appellant K.W. attempts to appeal from an interlocutory order denying her motion to dismiss for lack of standing in the underlying suit to modify the parent-child relationship.

On February 5, 2019, we notified K.W. of our concern regarding jurisdiction because the order did not appear to be a final judgment or an appealable interlocutory order. We provided K.W. or any party desiring to continue the appeal twenty days to respond and provide grounds for continuing the appeal, and we cautioned that the failure to respond could result in the dismissal of this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. K.W. did not file a response.

"Texas appellate courts have jurisdiction only over final orders or judgments unless a statute permits an interlocutory appeal." *In re Roxsane R.*, 249 S.W.3d 764, 774–75 (Tex. App.—Fort Worth 2008, orig. proceeding). An order denying a motion to dismiss for lack of standing in a suit affecting the parent-child relationship is not a final judgment or appealable interlocutory order. *See In re McDaniel*, 408 S.W.3d 389, 396 (Tex. App.—Houston [1st Dist.] 2011, orig. proceeding) ("[A]n order denying a motion to dismiss for lack of standing in a suit affecting the parent-child relationship is not appealable, and mandamus relief is an appropriate remedy."); *Roxsane R.*, 249 S.W.3d at 774 (same); *see also In re Clay*, No. 02-18-00404-CV, 2019 WL 545722, at *3 (Tex. App.—Fort Worth Feb. 12, 2019, orig. proceeding [mand. denied]) (mem. op.)

2

(same); *In re Schick*, No. 04-18-00839-CV, 2018 WL 6624380, at *2 (Tex. App.—San Antonio Dec. 19, 2018, orig. proceeding) (mem. op.) (same).

Accordingly, we dismiss K.W.'s attempted appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Dabney Bassel
Dabney Bassel
Justice

Delivered:  April 11, 2019

3